FILED SEP 14 2010

ENTERED SEP 15 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

In re:

TEAM MINISTRY GROUP, LLC,

                     Debtor.

NEWBERRY INVESTMENT GROUP, LLC, et al.,

                     Plaintiffs,

v.

TEAM MINISTRY GROUP, LLC,

                     Defendant.

Case No. 2:09-bk-12291-PC

Chapter 7

Adversary No. 2:10-ap-01919-PC

**ORDER OF DISMISSAL**

Date: September 14, 2010
Time: 9:30 a.m.
Place: United States Bankruptcy Court
       Courtroom # 1539
       255 East Temple Street
       Los Angeles, CA 90012

On the above captioned date and time, the court held a status conference in the above referenced adversary proceeding. There was no appearance by or on behalf of the Plaintiffs or Defendant. The court, having taken judicial notice that this adversary proceeding has been pending since May 27, 2010; that the causes of action asserted in the Plaintiffs' complaint arise under § 523; and that the Defendant is not an individual debtor within the scope of § 523 nor entitled to a discharge in the above referenced bankruptcy case, it is

ORDERED that the above referenced adversary proceeding is dismissed with prejudice.

DATED: SEP 14 2010

                                          PETER H. CARROLL
                                          United States Bankruptcy Judge

| In re: | CHAPTER: |
|---|---|
| Debtor(s). | CASE NUMBER: |

## NOTE TO USERS OF THIS FORM:

1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I. below**: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II. below**: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (specify) __ORDER OF DISMISSAL__ was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of __9/15/2010__, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

John C Torjesen
John C Torjesen & Associates
612 N Sepulveda Blvd
Los Angeles, CA 90049

☒ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

F 9021-1.1

January 2009

| In re: | | CHAPTER: |
|---|---|---|
| | Debtor(s). | CASE NUMBER: |

**ADDITIONAL SERVICE INFORMATION** (if needed):

**Team Ministry Group LLC**
1056 E New York Dr
Altadena, CA 91001

**Nicholas H Lambajian**
215 N Marengo Ave 3rd Fl
Pasadena, CA 91101

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9021-1.1